**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ericka S. James, Michael Martin, and John Doe,
Defendants,

Of whom Ericka S. James is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-001133

———————

Appeal From Spartanburg County
Kimaka Nichols-Graham, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-300
Submitted July 13, 2022 – Filed July 14, 2022

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Robert C. Rhoden, III, of South Carolina Department of
Social Services, of Spartanburg, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the Guardians ad Litem.

————————

**PER CURIAM:**  Ericka S. James appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve James's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.